```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3
     1.  MATTHEW DON WATERDOWN, and
 4   2.  SHERRY WATERDOWN, Individually and as
     3.  Next Friends of M.C. WATERDOWN, a minor,
 5
         Plaintiffs,
 6
     vs.                Case No. 4:20-cv-00285-GKF-JFJ
 7
     1.  DAGOBERTO CHAVEZ,
 8   2.  ERICK CHAVEZ,
     3.  MVT SERVICES, d/b/a MESILLA VALLEY
 9       TRANSPORTATION,
     4.  MESILLA VALLEY TRANSPORTATION, INC.
10   5.  J.H. ROSE LOGISTICS, LLC,
     6.  RJ LEASING, LLC d/b/a IDEALEASE OF
11       EL PASO,
     7.  VERDE LOGISTICS, LLC,
12   8.  JOHN DOE TRANSPORT COMPANY,
     9.  JOHN DOE HIRING AGENT,
13   10. RANDY ROBBINS, and
     11. FARMERS INSURANCE COMPANY,
14
15       Defendants.

16         DEPOSITION OF MATTHEW DON WATERDOWN
            TAKEN ON BEHALF OF THE DEFENDANTS
17    ON DECEMBER 3, 2021, BEGINNING AT 11:39 A.M.
                    IN TULSA, OKLAHOMA
18

19       APPEARANCES:

20   On behalf of the PLAINTIFFS

21   Mitchell Garrett
     GARRETT LAW OFFICE
22   320 South Boston, Suite 825
     Tulsa, Oklahoma 74103
23   (918) 221-6190
     mitchell@garrett.legal
24

25   REPORTED BY:  Janna Pirtle, CSR, RPR
```

Professional Reporters
800.376.1006
www.proreporters.com

Exhibit 3

```
 1        APPEARANCES (Continued)

 2   On behalf of the DEFENDANTS

 3   Jennifer S. Ary-Brown
     FRANDEN, FARRIS, QUILLIN, GOODNIGHT & ROBERTS
 4   Two West Second Street, Suite 900
     Tulsa, Oklahoma 74103
 5   (918) 583-7129
     jary@tulsalawyer.com
 6

 7   ALSO PRESENT:  Sherry Gwen Waterdown

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   over here.  (Indicating)
 2        Q    This is where the truck driver --
 3        A    Yes.
 4        Q    -- is turning from?  Okay.  So the very
 5   far right shoulder is where the truck driver's
 6   coming from?
 7        A    So when he was coming -- when I was
 8   coming down this way, I was in the slow lane --
 9        Q    Okay.
10        A    -- and got over into this lane.
11   (Indicating)
12        Q    So you were in the right lane and --
13        A    I was way back here, so I get over here,
14   and then that's when -- when I got over here,
15   because I start to see him pull out, and I
16   figured that if I get over here, I might be able
17   to avoid him.
18        Q    Okay.
19        A    I didn't know he was going to keep
20   coming out.
21        Q    So about from -- let's look at this
22   picture and just use these cars.  There's a
23   white car, a black car, and looks like a white
24   pickup truck.  Where do you move lanes over to
25   try to miss him?
```